IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT L. EVERLY                                                                PLAINTIFF

v.                            Case No. 2:11-CV-02147

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                  DEFENDANT

## J U D G M E N T

Currently before the Court is the Report and Recommendation (Doc. 6) dated April 17, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. The objection period has passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 10th day of May, 2012.

*s/P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE